UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WANDA NICOLE BARR, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:24-cv-00649 |
| 3LG NETWORK, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

# ORDER

On June 4, 2025, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. No. 9) recommending that the Court dismiss this case under Federal Rule of Civil Procedure 41(b) and Local Rule 41.01(a) for failure to prosecute, and under Rule 4(m) for lack of service of process. Plaintiffs Wanda Nicole Barr and Stuart Barr, proceeding pro se, have not filed any timely objections to the R&R, despite the R&R's specific warnings regarding waiver. (See Doc. No. 9 at 3). Having reviewed the R&R, the Court agrees with the Magistrate Judge that "Plaintiffs' failure to advance the litigation evidences an abandonment of this case," and that "there is no indication that Defendants have been served with process." (Id. at 2).

Accordingly, the R&R (Doc. No. 9) is **APPROVED AND ADOPTED**, and this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and lack of service of process. This is a final order. The Clerk of the Court shall enter a final judgment in accordance with Federal Rule of Civil Procedure 58 and close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE